CORPORATE EXCHANGE BUILDINGS IV & V, LIMITED PARTNERSHIP, APPELLANT, v. FRANKLIN COUNTY BOARD OF REVISION ET AL., APPELLEES.

[Cite as *Corporate Exchange Bldgs. IV & V, L.P. v. Franklin Cty. Bd. of Revision* (1998), 82 Ohio St.3d 305.]

(No. 97–997—Submitted January 27, 1998—Decided July 1, 1998.)

*Per Curiam.* This case concerns the valuation of parcel number 183730 as described in case No. 97–996. The decision of the Board of Tax Appeals is affirmed on the authority of *Corporate Exchange Bldgs. IV & V, L.P. v. Franklin Cty. Bd. of Revision* (1998), 82 Ohio St.3d 297, 695 N.E.2d 743, decided today.

*Decision affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

———

LUNDBERG STRATTON, **J., dissenting.** For the reasons set forth in my dissenting opinion in *Corporate Exchange Blds. IV & V, L.P. v. Franklin Cty. Bd. of Revision* (1998), 82 Ohio St.3d 297, 301–304, 695 N.E.2d 743, 745–748, decided this day, I also dissent with respect to this parcel's valuation.

PFEIFER, J., concurs in the foregoing dissenting opinion.